Same case below, 418 Fed. Appx. 269.

**No. 10-1360. Mujo Mehovic, aka Mujo Mejovic, et al., Petitioners v. Eric H. Holder, Jr., Attorney General.**

565 U.S. 818, 132 S. Ct. 100, 181 L. Ed. 2d 28, 2011 U.S. LEXIS 6826.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 404 Fed. Appx. 546.

**No. 10-1361. Nona Ray, Petitioner v. City of Chicago, Illinois, et al.**

565 U.S. 818, 132 S. Ct. 100, 181 L. Ed. 2d 28, 2011 U.S. LEXIS 6673.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 629 F.3d 660.

**No. 10-1363. Ramata A. Hill, Petitioner v. Fulton County, Georgia, et al.**

565 U.S. 818, 132 S. Ct. 100, 181 L. Ed. 2d 28, 2011 U.S. LEXIS 6653.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 396 Fed. Appx. 643.

**No. 10-1365. Constantin G. Ioannides, Petitioner v. University of Texas M.D. Anderson Cancer Center, et al.**

565 U.S. 818, 132 S. Ct. 100, 181 L. Ed. 2d 28, 2011 U.S. LEXIS 6648.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-1366. Dionicio Guerrero, Petitioner v. Eric H. Holder, Jr., Attorney General.**

565 U.S. 818, 132 S. Ct. 100, 181 L. Ed. 2d 28, 2011 U.S. LEXIS 6908.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 407 Fed. Appx. 964.

**No. 10-1367. Kenneth Zahl, Petitioner v. New Jersey Board of Medical Examiners, et al.**

565 U.S. 818, 132 S. Ct. 100, 181 L. Ed. 2d 28, 2011 U.S. LEXIS 6881.

October 3, 2011. Petition for writ of certiorari to the Superior Court of New Jersey, Appellate Division, denied.

**No. 10-1368. Ali Nejad, Petitioner v. Georgia.**

565 U.S. 818, 132 S. Ct. 101, 181 L. Ed. 2d 28, 2011 U.S. LEXIS 6629.

October 3, 2011. Petition for writ of certiorari to the Court of Appeals of Georgia denied.

Same case below, 305 Ga. App. 883, 700 S.E.2d 886.